DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TINA LUCZKOWSKI,**
Appellant,

v.

**MARGARET GERGEN,**
Appellee.

No. 4D2022-2427

[April 24, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312016CA000102.

Nichole Johnston Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Erin K. Grall, Patrick M. Grall, and Michelle N. Servos of Grall Law Group, Vero Beach, for appellant.

Kevin D. Franz, Boca Raton, and Kansas R. Gooden, Miami of Boyd & Jenerette, P.A., for appellee.

PER CURIAM.

*Affirmed. See Schwartz v. Wal-Mart Stores, Inc.*, 155 So. 3d 471 (Fla. 5th DCA 2015). As conceded by the appellee, the cross-appeal is dismissed as moot.

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*